IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SCOTT SEEFELDT,

    Plaintiff,                   1: 08 CV 00354 LJO WMW PC

    vs.                           ORDER DISMISSING ACTION

DR. ENNEMOH, et al.,

    Defendants.

    Plaintiff is a former state prisoner proceeding pro se in a civil in a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2009, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. On May 21, 2009, Plaintiff filed a motion to dismiss. Plaintiff seeks to dismiss this action "without cause to refile." Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss this action without prejudice so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has entered an appearance.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 27, 2009**                  /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE